```
            IN THE UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF GEORGIA
                   COLUMBUS DIVISION
```

WILBUR JOLLY,                         *

      Plaintiff,                  *

vs.                                   *
                                            CASE NO. 4:11-CV-180 (CDL)
UNITED STATES OF AMERICA,             *
HILLARY CLINTON, and GEORGE W.
BUSH,                                 *

      Defendants.                 *

## ORDER ON REPORT AND RECOMMENDATION

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on December 7, 2011 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

Plaintiff's miscellaneous motion (ECF No. 22) and what appears to be a motion for reconsideration (ECF No. 23) are denied as moot.

IT IS SO ORDERED, this 23rd day of December, 2011.

                                                    s/Clay D. Land
                                                    CLAY D. LAND
                                                    UNITED STATES DISTRICT JUDGE